Rod Danielson
Chapter 13 Trustee
4361 Latham Ave., Suite 270
Riverside, CA 92501
Tel. (951) 826-8000, Fax (951) 826-8090

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

To: Clerk, U.S. Bankruptcy Court

Re: UNDISTRIBUTED FUNDS

Case No.: 6:09-bk-28269-MJ

Debtor(s): DEANGELA CLARKE-VARGAS
1943 MIDDLE CREEK RD
RIVERSIDE, CA 92506

Explanation of Source: Transmitted herewith for deposit into the Court registry is the check identified below. The check was not deliverable at the address in the Trustee's file. The Trustee, after due diligence, has not been able to locate the payee. Consequently, this check represents undistributed funds in the above referenced matter.

| Payee | Amount |
|---|---|
| DEANGELA CLARKE-VARGAS | $22.85 |
| 1943 MIDDLE CREEK RD | |
| RIVERSIDE, CA 92506 | |

Dated: 8/3/11

Rod Danielson, Trustee

cc: Debtor, Attorney, Creditor

| Case # | Debtor Name(s) | Account # | Claim # | Payment | Interest | Principal |
|---|---|---|---|---|---|---|
| 0928269 | DEANGELA CLARKE-VARGAS | | 00000 | 22.85 | 0.00 | 22.85 |

ROD DANIELSON, Chapter 13 Trustee
Payee: US BANKRUPTCY COURT
Date: Aug 03, 2011

PLEASE DETACH AND RETAIN THIS STATEMENT AS YOUR RECORD OF PAYMENT    TOTALS: 22.85    0.00    22.85

WARNING! DO NOT ACCEPT THIS CHECK UNLESS YOU CAN SEE A TRUE WATERMARK WHEN HOLDING THE CHECK TO THE LIGHT AND PINK LOCK AND KEY ICONS THAT FADE WHEN WARMED

**ROD DANIELSON**
**CHAPTER 13 TRUSTEE**
4361 Latham Street, Suite 270
Riverside, CA 92501
Tel. (951) 826-8000

DEANGELA CLARKE-VARGAS
BALANCE: [0.00 Claim:00000]
ACCT:
PRINCIPAL: 22.85
CASE: 0928269
INTEREST: 0.00

16-4430
1220

1ST ENTERPRISE BANK
818 West Seventh St., #220
Los Angeles, CA 90017

CHECK NUMBER
0360778

CHECK DATE: Aug 03, 2011
AMOUNT: *********22.85**
VOID 45 DAYS FROM DATE

PAY Twenty Two And 85 / 100 Dollars

TO THE ORDER OF
US BANKRUPTCY COURT
ROD DANIELSON TRUSTEE
3420 TWELFTH STREET
RIVERSIDE, CA 92501

Rod Danielson

⑈0360778⑈ ⑆122044300⑆ ⑈030⑈100078⑈